# Chapter 13 Plan Summary

**Case No.** _____

Debtor(s): Eloise Shelton    SSN#: XXX-XX-0683    Net Monthly Earnings: 1,177.00

SSN#: XXX-XX-_____    Number of Dependents: 2

09-72716

## I. Plan Payments:

( __ ) Debtor(s) propose to pay direct a total of $_____ ☐weekly ☐biweekly ☐semi-monthly ☐monthly into the plan; or

( X ) Payroll deduction Order: To NHS Management    $ 175.00    ☐weekly ■biweekly ☐semi-monthly ☐monthly.

Length of plan in approximately 60 months, and the total amount of debt to be disbursed by the Trustee is approximately 22,575.00.

## II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy code including:

### A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSE AND SUPPORT) {See § 1322(a)(2)}

The following priority claims, if allowed will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
|  |  |  |  |

B. Total Attorney Fee: $ 2300  $ 0 paid pre-petition $ 500.00 to be paid at confirmation and $ 100.00 per month for 18 mos.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest deferred cash payments as follows:

### 1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment To be Paid ☐ By Debtor ■ By Trustee | Regular Payment to Begin: Month/Year: | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

### 2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debts | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payments to Begin |
|---|---|---|---|---|---|---|---|---|
| Drive Financial | 7.00 | 13,931.64 | 7,000 | 0 | 2002 Nissan | 6% | 290.35 | ** |
| Spillers | 3.00 | 800.00 | 300.00 | 0 | Furniture | 6% | 16.67 | ** |
|  |  |  |  |  |  |  |  |  |

## III. Other debts not shown in 1. Or 2. above which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

## IV. Special Provisions:

■ This is an original plan.    ☐ This is an amended plan replacing plan dated_____

■ This plan proposes to pay unsecured creditors 0 %.

☐ This plan proposes to pay prepetition utilities debts in the plan and post petition utilities debt direct.

☐ Debtor assumes lease and/or executory contract with _____

■ For any claims(s) not listed herein that are determined to be secured except for post-1994 mortgage arrearage claim(s), the debtor(s) propose(s) an annual percentage rate of 6% on the secured portion of said claims. No interest shall be paid on any post 1994 mortgage arrearage claim.

■ Other provisions: All Creditors being paid non- plan direct are hereby granted limited relief to continue to send monthly invoices, statements and payment requests to facilitate these monthly maintenance payments. ** Upon secured creditors' filing of a properly perfected claim debtor will provide adequate protection payment to said creditors up to 30 days prior to confirmation; Fixed payments as proposed to said creditors will begin following confirmation. Debtor will protect cosigner on debt owed to Drive Financial

Attorney for Debtor Name/Address/Telephone #    Dated: October 12, 2009

BARBARA ROGERS    /s/ Eloise Shelton

2422 14TH STREET    Eloise Shelton , Debtor

TUSCALOOSA, AL 35401

Telephone # (205) 759-4090